IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP COX, | ) | 4:07CV3168 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GENERAL DYNAMICS ARMAMENT AND TECHNICAL PRODUCTS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's unopposed motion for an enlargement of time (filing 34) is granted, as follows:

Plaintiff shall have until November 12, 2007, to respond to Defendants' motions to dismiss (filings 29, 32).

November 5, 2007.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge