IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP COX, | ) | 4:07CV3168 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| GENERAL DYNAMICS ADVANCED | ) | |
| INFORMATION SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Plaintiff's motions to dismiss (filings 26, 37, 38) and Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

December 21, 2007.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge